UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID DAOUDA MBO,

                   Plaintiff,

-against-

OLD REPUBLIC INSURANCE COMPANY ET AL,

                   Defendants.
-------------------------------------------------------------X

22 Civ. 2979 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled for June 22, 2022.

WHEREAS, by Order dated April 20, 2022, the parties were directed to file a joint letter and proposed case management plan by June 15, 2022.

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that by **June 17, 2022**, the parties shall file the joint letter and proposed case management plan.

Dated: June 16, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE