UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAVID DAOUDA MBO,                                           :
                              Plaintiff,                    :
                                                            :       22 Civ. 2979 (LGS)
            -against-                                       :
                                                            :              ORDER
OLD REPUBLIC INSURANCE COMPANY, et                          :
al.,                                                        :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated June 24, 2022, required the parties to file a status letter on November 3, 2022, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter. It is hereby

    **ORDERED** that, by **November 9, 2022**, the parties shall file the status letter.

Dated: November 7, 2022
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**